UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RANKING SMITH,

        Petitioner,

        -v-                            9:21-CV-1219

D. CHRISTENSEN, Warden,

        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                        OF COUNSEL:

RANKING SMITH
Petitioner, Pro Se
1744-056
RAY BROOK FCI
P.O. Box 900
Ray Brook, NY 12977

HON. CARLA FREEDMAN           RANSOM P. REYNOLDS, ESQ.
United States Attorney for the      Ass't United States Attorney
   Northern District of New York
Attorneys for Respondent
100 South Clinton Street
Syracuse, NY 13261

DAVID N. HURD
United States District Judge

## **ORDER ON REPORT & RECOMMENDATION**

On November 10, 2021, *pro se* petitioner Ranking Smith ("petitioner"), an inmate in the custody of the Bureau of Prisons ("BOP") at FCI Ray Brook in Ray Brook, New York, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Petitioner paid the filing fee. Thereafter, respondent opposed. Dkt. No. 6. Petitioner replied. Dkt. No. 8.[1]

On October 21, 2024, Judge Dancks advised by Report & Recommendation ("R&R") that the petition be denied and dismissed. Dkt. No. 11. Neither party has lodged objections, and the time in which to do so has expired. *See* Dkt. No. 11. Upon review for clear error, Judge Dancks's R&R is accepted and will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 11) is ACCEPTED;

2. The petition is DENIED and DISMISSED; and

3. No Certificate of Appealability shall be issued.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

---

[1] Petitioner's reply is docketed as a "traverse." A "traverse" is the common law pleading term for a formal denial of the factual allegations in an opponent's pleading. In the world of habeas, the terms "petition," "return," and "traverse" have historically been used to designate the briefing.

IT IS SO ORDERED.

*David N. Hurd*
U.S. District Judge

Dated: November 13, 2024
       Utica, New York.